UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-cv-177-RLV
(5:05-cr-202-RLV-1)

| | |
|---|---|
| MONROE HERRING, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Petitioner's Motion to Alter or Amend Judgment, (Doc. No. 24), and on his Motion for Leave to Supplement his Motion to Alter or Amend, (Doc. No. 25). Before ruling on the motions, the Court will require the Government to submit a response to the motions.

**IT IS THEREFORE ORDERED** that the Government shall have 30 days to respond to the arguments made in Petitioner's Motion for Reconsideration and Motion for Leave to Supplement his Motion to Alter or Amend.

Signed: July 6, 2015

Richard L. Voorhees
United States District Judge

1